**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Arnold Charles CABARRIS,**
**Defendant–Appellant.**

No. 12–6663.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Arnold Metcalf, Charles Cabarris, Assistant United Appellant Pro States Attorney, Se. Norval George Richmond, Virginia; Michael Cornell Wallace, North Carolina Central University School of Law, Durham, North Carolina, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Charles Cabarris appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cabarris*, No. 3:98–cr–00271–REP–1 (E.D.Va. Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*